JACOB KREDI ET AL. *v.* JOAN BENSON ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 1 Conn. App. 511, is denied.

*Diane Polan,* in support of the petition.

*Alvin M. Murray,* in opposition.

Decided May 16, 1984

THE WESTCO CORPORATION *v.* AMK CONSTRUCTION CO., INC.

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 521, is denied.

*John J. Graubard,* in support of the petition.

Decided May 23, 1984

STATE OF CONNECTICUT *v.* DOMINIC BRUNO

The defendant's petition for certification for appeal from the Appellate Court, 1 Conn. App. 384, is granted.

*Ronald E. Cassidento,* in support of the petition.

*Linda N. Knight,* deputy assistant state's attorney, in opposition.

Decided May 23, 1984

ELLEN H. ROSEMAN *v.* HOWARD A. ROSEMAN

The defendant's petition for certification for appeal from the Appellate Court is denied.

*Eric Lukingbeal,* in support of the petition.

Decided May 23, 1984